IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

SHERRI S. FISHER,                                  Civil File No. 2:12-cv-02724-JWL-JPO

      Plaintiff,

vs.                                                                    STIPULATION OF DISMISSAL
                                                                                     WITH PREJUDICE

COMPLETE PAYMENT RECOVERY SERVICES, INC.,

      Defendant.

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Sherri S. Fisher, and the defendant, Complete Payment Recovery Services, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                        Respectfully submitted,

Dated: <u>May 16, 2013</u>               By: <u>/s/J. Mark Meinhardt</u>
                                                    J. Mark Meinhardt #20245
                                                    9400 Reeds Road, Suite 210
                                                    Overland Park, Kansas 66207
                                                    Telephone:    (913) 451-9797
                                                    Facsimile:     (913) 451-6163
                                                    Email:          Mark@MeinhardtLaw.com
                                                    ATTORNEY FOR PLAINTIFF

Dated: <u>May 16, 2013</u>               By: <u>/s/Christopher C. Miles</u>
                                                    Christopher C. Miles, #78322
                                                    Husch Blackwell LLP
                                                    4801 Main Street, Suite 1000
                                                    Kansas City, MO 64112
                                                    Telephone:    (816) 983-8000
                                                    Fax:             (816) 983-8080
                                                    Email: christopher.miles@huschblackwell.com
                                                    ATTORNEY FOR DEFENDANT